**IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| John and Ericah Brunner | : | |
| | : | CASE NO. 1-bk-16-3169 |
| Debtor | : | |

## AMENDED MOTION TO AUTHORIZE WAGE ATTACHMENT

**COME NOW**, the Debtors, John and Ericah Brunner, by and through counsel, Dawn M. Cutaia, of Pugh & Cutaia, PLLC, and respectfully represents:

1. The Debtors, John and Ericah Brunner, filed a Chapter 13 bankruptcy petition on June 14, 2016.

2. The Debtor receives regular income from employment at Johnson Controls.

3. The likelihood of success in this case will increase if the Motion for Wage Attachment Is granted.

4. The Debtor consents to the wage attachment.

**WHEREFORE**, Debtor respectfully requests this Honorable Court enter an Order directing the above-mentioned employer to Pay Trustee in the amount set forth in the attached order.

Date: October 2, 2020

Respectfully Submitted
<u>/s/ Dawn M. Cutaia</u>
Attorney for Debtor
Supreme Court ID: 77965
Pugh & Cutaia, PLLC
115 East Philadelphia Street
York, PA 17401
dmcutaia@gmail.com

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 13
  John and Ericah Brunner :
 : CASE NO. 1-bk-16-3169
         Debtor :

**ORDER TO PAY TRUSTEE**

**AND NOW**, upon consideration of the above-referenced Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and Having submitted all future income to the jurisdiction of this Court in accordance with statute,

    **IT IS HEREBY ORDERED** that until further Order of this Court:

**Employer:**
**JOHNSON CONTROLS**
**2101 Gaither Road**
**Rockville, MD 20850**

**Shall deduct from** John Brunner, Employee ID: 1186960's **bi-weekly pay the sum of $120.71** beginning with the first pay in **November, 2020**, and deduct this same amount each pay thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and remit the deducted sums to:

    Chapter 13 Trustee
    PO Box 7005
    Lancaster PA, 176043

**IT IS FURTHER ORDERED** that checks issued to the Trustee pursuant to this Order shall include the above captioned case number on the face of the check.

                      **By the Court**

                      _____
                      **Judge**

Case 1:16-bk-03169-HWV    Doc 96    Filed 10/05/20    Entered 10/05/20 08:04:41    Desc
Main Document      Page 2 of 2