United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-03169-HWV |
| Ericah Brunner | Chapter 13 |
| John Adam Brunner | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Oct 07, 2020 | Form ID: pdf010 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ericah Brunner, John Adam Brunner, 1639 Monroe Street, York, PA 17404-5425 |
| | + | JOHNSON CONTROLS, 2101 Gaither Road, Rockville, MD 20850-4039 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | John Adam Brunner, 1639 Monroe Street, York, PA 17404-5425 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 09, 2020        Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Dawn Marie Cutaia | on behalf of Debtor 2 John Adam Brunner dmcutaia@gmail.com<br>cutaialawecf@gmail.com;r46159@notify.bestcase.com,julie.freshstartyork@gmail.com |
| Dawn Marie Cutaia | on behalf of Debtor 1 Ericah Brunner dmcutaia@gmail.com<br>cutaialawecf@gmail.com;r46159@notify.bestcase.com,julie.freshstartyork@gmail.com |

| | |
|---|---|
| Elizabeth L Wassall | on behalf of Creditor PNC Bank National Association ewassall@udren.com, bankruptcy@udren.com |
| James Warmbrodt | on behalf of Creditor PNC Mortgage a division of PNC Bank, National Association bkgroup@kmllawgroup.com |
| Nicole Bernadette LaBletta | on behalf of Creditor PNC Bank National Association nlabletta@pincuslaw.com, brausch@pincuslaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Hyundai Motor Finance Administrator For Hyundai Lease Titling Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
  John and Ericah Brunner :
: CASE NO. 1--16-bk-3169-HWV
              Debtor :

## ORDER TO PAY TRUSTEE

**AND NOW**, upon consideration of the above-referenced Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and Having submitted all future income to the jurisdiction of this Court in accordance with statute,

    **IT IS HEREBY ORDERED** that until further Order of this Court:

Employer:
**JOHNSON CONTROLS**
**2101 Gaither Road**
**Rockville, MD 20850**

**Shall deduct from** John Brunner, Employee ID: 1186960's **bi-weekly pay the sum of $120.71** beginning with the first pay in **November, 2020**, and deduct this same amount each pay thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and remit the deducted sums to:

Chapter 13 Trustee
PO Box 7005
Lancaster PA, 176043

**IT IS FURTHER ORDERED** that checks issued to the Trustee pursuant to this Order shall include the above captioned case number on the face of the check.

Dated: October 6, 2020      By the Court,

                                                      *Henry W. Van Eck* (signature)
                                                      Henry W. Van Eck, Chief Bankruptcy Judge (MK)