United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Ericah Brunner  
John Adam Brunner  
    Debtor(s)

Case No. 16-03169-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: Oct 29, 2020      Form ID: pdf010      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ericah Brunner, 1639 Monroe Street, York, PA 17404-5425 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Dawn Marie Cutaia | on behalf of Debtor 1 Ericah Brunner dmcutaia@gmail.com cutaialawecf@gmail.com;r46159@notify.bestcase.com,julie.freshstartyork@gmail.com |
| Dawn Marie Cutaia | on behalf of Debtor 2 John Adam Brunner dmcutaia@gmail.com cutaialawecf@gmail.com;r46159@notify.bestcase.com,julie.freshstartyork@gmail.com |
| Elizabeth L Wassall | on behalf of Creditor PNC Bank National Association ewassall@udren.com, bankruptcy@udren.com |
| James Warmbrodt | on behalf of Creditor PNC Mortgage a division of PNC Bank, National Association bkgroup@kmllawgroup.com |

Nicole Bernadette LaBletta

on behalf of Creditor PNC Bank National Association nlabletta@pincuslaw.com, brausch@pincuslaw.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

William E. Craig

on behalf of Creditor Hyundai Motor Finance Administrator For Hyundai Lease Titling Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : 1:16-bk-03169 |
| JOHN BRUNNER | : |
| ERICAH BRUNNER | : |
| Debtors | : Chapter 13 |
| JOHN BRUNNER | : Motion to Modify Plan Post Confirmation |
| ERICAH BRUNNER | |
| Movants | |

### ORDER

AND NOW, upon consideration of Debtors' Motion to Modify Plan Post Confirmation, said Motion is hereby granted and Debtors' 5th Amended Plan is Confirmed.

Dated: October 29, 2020

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge (CD)