UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| John and Ericah Brunner | : | |
| | : | CASE NO. 1-bk-16-3169 |
| Debtor | : | |

**MOTION TO STOP WAGE ATTACHMENT**

**COME NOW**, the Debtor, Kristen Godfrey, by and through counsel, Dawn M. Cutaia, and respectfully represents:

**COME NOW**, the Debtors, John and Ericah Brunner, by and through counsel, Dawn M. Cutaia, of Pugh & Cutaia, PLLC, and respectfully represents:

1. The Debtors, John and Ericah Brunner, filed a Chapter 13 bankruptcy petition on June 14, 2016.

2. The Debtors have completed all plan payments and the wage attachment is no longer necessary.

**WHEREFORE**, the Debtors respectfully request this Honorable Court terminate the wage attachment.

9/14/2021                                                                                      Respectfully Submitted,

                                                                                                          By:**/s/ Dawn M. Cutaia**
                                                                                                          Dawn M. Cutaia
                                                                                                          Supreme Court ID 77965
                                                                                                          Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| John and Ericah Brunner | : | |
| | : | CASE NO. 1-bk-16-3169 |
| Debtor | : | |

## ORDER TO STOP WAGE ATTACHMENT

**AND NOW**, upon consideration of Debtors' Motion to Terminate Wage Attachment, said motion is hereby granted.