UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

ERICAH BRUNNER  Case No.: 1-16-03169-HWV
JOHN ADAM BRUNNER  Chapter 13
    Debtor(s)

NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

Creditor Name: PNC BANK
Court Claim Number: 12
Last Four of Loan Number: 3993/PRE ARREARS/1639 MONROE ST
Property Address if applicable: 1639 MONROE STREET, , YORK, PA17404

**PART 2: CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

a. Allowed prepetition arrearages: $2,249.79
b. Prepetition arrearages paid by the Trustee: $2,249.79
c. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): $0.00
d. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: $0.00
e. Allowed postpetition arrearage: $4,896.90
f. Postpetition arrearages paid by the Trustee: $4,896.90
g. Total b, d, f: $7,146.69

**PART 3: POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: September 23, 2021                  Respectfully submitted,

                                           s/ Jack N. Zaharopoulos
                                           Standing Chapter 13 Trustee
                                           Suite A, 8125 Adams Drive
                                           Hummelstown, PA 17036
                                           Phone: (717) 566-6097
                                           Fax: (717) 566-8313
                                           eMail: info@pamd13trustee.com

Creditor Name: PNC BANK
Court Claim Number: 12

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1190291 | 08/09/2018 | $150.12 | $0.00 | $150.12 |
| 5200 | 1191600 | 09/06/2018 | $150.46 | $0.00 | $150.46 |
| 5200 | 1192951 | 10/10/2018 | $148.49 | $0.00 | $148.49 |
| 5200 | 1194297 | 11/08/2018 | $150.44 | $0.00 | $150.44 |
| 5200 | 1206223 | 08/07/2019 | $160.70 | $0.00 | $160.70 |
| 5200 | 1207712 | 09/26/2019 | $141.23 | $0.00 | $141.23 |
| 5200 | 1209975 | 11/07/2019 | $112.46 | $0.00 | $112.46 |
| 5200 | 1223567 | 11/03/2020 | $103.78 | $0.00 | $103.78 |
| 5200 | 1224533 | 12/10/2020 | $34.58 | $0.00 | $34.58 |
| 5200 | 1226318 | 01/19/2021 | $69.16 | $0.00 | $69.16 |
| 5200 | 1227333 | 02/17/2021 | $103.74 | $0.00 | $103.74 |
| 5200 | 1228352 | 03/17/2021 | $69.17 | $0.00 | $69.17 |
| 5200 | 1229361 | 04/15/2021 | $69.16 | $0.00 | $69.16 |
| 5200 | 2000745 | 05/18/2021 | $69.16 | $0.00 | $69.16 |
| 5200 | 2001744 | 06/16/2021 | $71.44 | $0.00 | $71.44 |
| 5200 | 2002721 | 07/14/2021 | $107.16 | $0.00 | $107.16 |
| 5200 | 2003793 | 08/18/2021 | $367.36 | $0.00 | $367.36 |
| 5200 | 2004793 | 09/14/2021 | $171.18 | $0.00 | $171.18 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

ERICAH BRUNNER   Case No.: 1-16-03169-HWV
JOHN ADAM BRUNNER   Chapter 13
   Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 23, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| DAWN MARIE CUTAIA, ESQUIRE<br>115 EAST PHILADELPHIA STREET<br>YORK PA, 17401- | SERVED ELECTRONICALLY |
| PNC BANK<br>3232 NEWMARK DR<br>MIAMISBURG, OH, 45342 | SERVED BY 1ST CLASS MAIL |
| ERICAH BRUNNER<br>JOHN ADAM BRUNNER<br>1639 MONROE STREET<br>YORK, PA 17404 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 23, 2021

s/   Liz Joyce
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  info@pamd13trustee.com