Certificate Number: 17082-PAM-DE-036142922

Bankruptcy Case Number: 16-03169



17082-PAM-DE-036142922

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 15, 2021, at 11:24 o'clock PM MST, ERICAH L BRUNNER completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 16, 2021

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director