United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Ericah Brunner  
John Adam Brunner  
    Debtors

Case No. 16-03169-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Nov 17, 2021      Form ID: 3180W      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ericah Brunner, John Adam Brunner, 1639 Monroe Street, York, PA 17404-5425 |
| aty | | Christine Kinderdine, 3232 Newmark Drive, Springboro, OH 45066 |
| cr | + | Hyundai Motor Finance, Administrator For Hyundai L, 6100 W. Plano Parkway, Suite 200, Plano, Tx 75093-8203 |
| 4824495 | + | 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 4817946 | + | Hamilton Law Group, Po Box 90301, Allentown PA 18109-0301 |
| 4862369 | + | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 4817947 | | Kia Motors Finance, Po Box 660891, Dallas TX 75266-0891 |
| 4817948 | + | Kia Motors Finance, 4000 Macarthur Blvd Ste, Newport Beach CA 92660-2558 |
| 4821561 | | Lehigh Anesthesia Assoc PC, c/o Hamilton Law Group, PO Box 90301, Allentown, PA 18109-0301 |
| 4817941 | + | York Adams Tax Claim Bureau, PO BOX 15627, York PA 17405-0156 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4822212 | + | EDI: PHINAMERI.COM | Nov 17 2021 23:43:00 | ACAR Leasing Ltd, d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 4817943 | + | EDI: CAPITALONE.COM | Nov 17 2021 23:43:00 | Capital One, 1680 Capital One Dr,, McLean, VA 22102-3407 |
| 4817942 | + | EDI: CAPITALONE.COM | Nov 17 2021 23:43:00 | Capital One, Po Box 30285, Salt Lake City UT 84130-0285 |
| 4830791 | | EDI: CAPITALONE.COM | Nov 17 2021 23:43:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4846471 | | EDI: BL-BECKET.COM | Nov 17 2021 23:43:00 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4858400 | + | Email/Text: bankruptcy@cavps.com | Nov 17 2021 18:43:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 4818802 | | EDI: DISCOVER.COM | Nov 17 2021 23:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4817945 | + | EDI: DISCOVER.COM | Nov 17 2021 23:43:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany OH 43054-3025 |
| 4817940 | | EDI: IRS.COM | Nov 17 2021 23:43:00 | IRS Centralized Insolvency Oper., PO Box 21126, Philadelphia PA 19114-0326 |
| 4817944 | | EDI: JPMORGANCHASE | Nov 17 2021 23:43:00 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington DE 19850 |
| 4817949 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 17 2021 18:43:00 | Kohls/Capital One, Po Box 3120, Milwaukee WI 53201-3120 |
| 4846913 | + | EDI: MID8.COM | Nov 17 2021 23:43:00 | Midland Funding, LLC, Midland Credit Management, Inc., as agent for Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |

| | | | | |
|---|---|---|---|---|
| 4817950 | + | Email/Text: Bankruptcies@nragroup.com | Nov 17 2021 18:43:00 | National Recovery Agency, 2491 Paxton St, Harrisburg PA 17111-1036 |
| 4817951 | + | EDI: NAVIENTFKASMSERV.COM | Nov 17 2021 23:43:00 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr PA 18773-9500 |
| 4837206 | | EDI: NAVIENTFKASMSERV.COM | Nov 17 2021 23:43:00 | Navient Solutions, Inc., P.O. Box 9640, Wilkes-Barre, PA 18773-9640 |
| 4857516 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 17 2021 18:43:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 4817952 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 17 2021 18:43:00 | Pnc Mortgage, Po Box 8703, Dayton OH 45401 |
| 4862364 | | EDI: PRA.COM | Nov 17 2021 23:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4927181 | | EDI: NAVIENTFKASMSERV.COM | Nov 17 2021 23:43:00 | SLM BANK c/o, Navient Solutions, LLC.., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 4817953 | + | EDI: RMSC.COM | Nov 17 2021 23:43:00 | Syncb/hh Gregg, Po Box 965036, Orlando FL 32896-5036 |
| 4817954 | + | EDI: RMSC.COM | Nov 17 2021 23:43:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 103104, Roswell GA 30076-9104 |
| 4817955 | + | EDI: RMSC.COM | Nov 17 2021 23:43:00 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 103104, Roswell GA 30076-9104 |
| 4817956 | + | EDI: RMSC.COM | Nov 17 2021 23:43:00 | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 103104, Roswell GA 30076-9104 |
| 4817957 | + | EDI: RMSC.COM | Nov 17 2021 23:43:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 103104, Roswell GA 30076-9104 |
| 4891150 | + | Email/Text: kcm@yatb.com | Nov 17 2021 18:43:00 | YORK ADAMS TAX BUREAU, PO BOX 15627, YORK, PA 17405-0156 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 19, 2021            Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dawn Marie Cutaia | |

| | |
|---|---|
| Dawn Marie Cutaia | on behalf of Debtor 2 John Adam Brunner dmcutaia@gmail.com cutaialawecf@gmail.com;r46159@notify.bestcase.com,judy.cutaialaw@gmail.com |
| | on behalf of Debtor 1 Ericah Brunner dmcutaia@gmail.com cutaialawecf@gmail.com;r46159@notify.bestcase.com,judy.cutaialaw@gmail.com |
| Elizabeth L Wassall | on behalf of Creditor PNC Bank National Association ewassall@udren.com, bankruptcy@udren.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC Mortgage a division of PNC Bank, National Association bkgroup@kmllawgroup.com |
| Nicole Bernadette LaBletta | on behalf of Creditor PNC Bank National Association nlabletta@pincuslaw.com, brausch@pincuslaw.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC Mortgage a division of PNC Bank, National Association bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Hyundai Motor Finance Administrator For Hyundai Lease Titling Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Ericah Brunner | Social Security number or ITIN  xxx–xx–7874 |
|  | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | John Adam Brunner | Social Security number or ITIN  xxx–xx–9122 |
|  | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:16–bk–03169–HWV | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ericah Brunner                     John Adam Brunner

**By the court:** *[signature]*

11/17/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ToniaWilson, Deputy Clerk

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**